## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



ROSA J. LOPEZ-DE-JESUS

      VS.                        **CIVIL NO.**   04-2129 **(JAF)**

COMMISSIONER OF SOCIAL
SECURITY

| **DESCRIPTION OF MOTION** | | |
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |
| **- O R D E R -** | | |
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 15, with no objection having been filed by Plaintiff, the court **ADOPTS** the Magistrate's Report, and **AFFIRMS** the final decision of the Commissioner. | | |
| Judgment shall enter dismissing the case. | | |
| **IT IS SO ORDERED.** | | |

 August 22, 2005                              S/ José Antonio Fusté
    Date                                      José Antonio Fusté
                                                Chief U.S. District Judge